# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| IRMA WIDNER, | |
| Plaintiff, | |
| vs. | 2:19-cv-01607-VCF |
| JOSEPH DARGER, *et al.*, | **ORDER** |
| Defendants. | |

Before the Court is the Stipulation and Order Requesting Hearing For Clarification Regarding Court's Order Issued March 9, 2021 Which Granted Plaintiff's Motion to Strike Defendants' Answer (ECF NO. 53).

Accordingly,

IT IS HEREBY ORDERED that the Stipulation and Order Requesting Hearing For Clarification Regarding Court's Order Issued March 9, 2021 Which Granted Plaintiff's Motion to Strike Defendants' Answer (ECF NO. 53) is GRANTED.

IT IS FURTHER ORDERED that an in-person hearing is scheduled for 1:00 PM, April 13, 2021, in Courtroom 3D.

IT IS FURTHER ORDERED that the parties must bring to the scheduled hearing 3 copies of the document referenced on page 2 line 6 of ECF No. 53.

DATED this 30th day of March, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE