# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

IRMA WIDNER,

           Plaintiff,

vs.

JOSEPH DARGER, *et al.*,

           Defendants.

2:19-cv-01607-VCF

**ORDER**

Before the Court is Defendants Edge Transportation, LLC and Joseph Dargers' Motion to Strike and Exclude Late Expert Discovery by Jeffrey David Gross, M.D. (ECF NO. 55).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing is scheduled for 1:00 PM, May 11, 2021, in Courtroom 3D, on the Defendants Edge Transportation, LLC and Joseph Dargers' Motion to Strike and Exclude Late Expert Discovery by Jeffrey David Gross, M.D. (ECF NO. 55).

DATED this 3rd day of May, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE