MARSHA L. STEPHENSON, ESQ.
Nevada Bar No. 6130
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
admin@sdlawoffice.net

Attorneys for Defendants
EDGE TRANSPORTATION, LLC and
JOSEPH DARGER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IRMA WIDNER,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH DARGER; EDGE TRANSPORTATION, LLC, a Kentucky Limited Liability Company; DOES I through X; and ROE BUSINESS ENTITIED I through X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01607-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, IRMA WIDNER (hereinafter as "Plaintiff"), and Defendants EDGE TRANSPORTATION, LLC and JOSEPH DARGER (hereinafter collectively "Defendants"), by and through their respective attorneys of record,

///

///

1

that the above-captioned matter shall be and hereby is, dismissed with prejudice. Each party shall bear its own costs and fees.

DATED this 18th day of June, 2021

THE702FIRM INJURY ATTORNEYS

By: /s/ Janet Merrill
Bradley J. Meyers, Esq.
Nevada Bar No. 8857
Michael C. Kane, Esq.
Nevada Bar No. 10096
Janet L. Merrill, Esq.
Nevada Bar No. 10736
400 S. 7th Street, Suite 700
Las Vegas, NV 89101
Phone: (702) 776-3333
service@the702firm.com

and

LEILA L. HALE, ESQ.
Nevada Bar No. 7368
HALE INJURY LAW
1661 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89012
Phone: (702) 736-5800
lhale@haleinjurylaw.com
jmanke@haleinjurylaw.com

*Attorneys for Plaintiff*
*IRMA WIDNER*

///
///
///
///

DATED this 18th day of June, 2021

STEPHENSON & DICKINSON, P.C.

By: /s/ Marsha Stephenson
MARSHA L. STEPHENSON, ESQ.
Nevada Bar No. 6130
2820 West Charleston Blvd.
Suite B-17
Las Vegas, NV 89102
Phone: (702) 474-7229
admin@sdlawoffice.net

*Attorneys for Defendants*
*JOSEPH DARGER and*
*EDGE TRANSPORTATION, LLC*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 6-21-2021

2